CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

JEFFREY J. LOWE, PC
Jeffrey J. Lowe
Francis J. ("Casey") Flynn
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105

CAREY & DANIS, LLC
Joseph P. Danis
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 27, 2007

/s/
Julile A. Calidonio