IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**FOSAMAX PRODUCTS LIABILITY LITIGATION**<br>_____<br>**This Document Relates to:**<br><br>*Arloene P. Larson v. Merck & Co., Inc.*<br>Case No: 1:07-cv-7697 | 1:06-md-1789 (JFK) |

### NOTICE OF APPEARANCE

Comes now Jeffrey J. Lowe of The Lowe Law Firm, and having been admitted *pro hac vice* in the above matter, hereby enters his appearance on behalf of plaintiff Arloene P. Larson. Order for Admission Pro Hac Vice is attached hereto.

THE LOWE LAW FIRM

By:     /s/Jeffrey J. Lowe
        Jeffrey J. Lowe (pro hac vice)
        Attorney for Plaintiff
        8235 Forsyth, Ste. 1100
        St. Louis, MO 63105
        (314) 678-3400
        Fax: (314) 678-3401
        jeff@jefflowepc.com

### Certificate of Service

The undersigned hereby certifies that the foregoing was electronically filed using the ECF/CM system this 27th day of March, 2008.

        /s/Jeffrey J. Lowe